

NUMBER 13-09-00414-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**DAVID OHRT, SANDRA HESTER AND
JUDY SINAST,**                                                    **Appellants,**

**v.**

**CALPINE CORPORATION,**                                          **Appellee.**

---

### On appeal from the 24th District Court
### of Victoria County, Texas.

---

## MEMORANDUM OPINION

### Before Justices Yañez, Benavides, and Vela
### Memorandum Opinion Per Curiam

David Ohrt, Sandra Hester, and Judy Sinast, perfected an appeal from a judgment

entered by the 24th District Court of Victoria County, Texas, in cause number

01-12-57,427-A (David Ohrt, Sandra Hester, and Judy Sinast, v. Union Gas Corporation, et. al. appellate cause number 13-05-00621-CV). This cause is presently before the Court on appellants' unopposed motion to dismiss Calpine Corporation (Calpine Natural Gas Company) without prejudice.

The Court, having considered the documents on file and appellants' motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellants' motion to dismiss is granted, and the appeal is hereby DISMISSED WITHOUT PREJUDICE. Costs will be taxed against appellants. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). *See* TEX. R. APP. P. 42.1(d). Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

It is so ORDERED.

PER CURIAM

Memorandum Opinion delivered
and filed this the 8th day of October, 2009.